**OFFICE OF THE FEDERAL DEFENDER**
EASTERN DISTRICT OF CALIFORNIA
801 I STREET, 3rd FLOOR
SACRAMENTO, CALIFORNIA 95814
*(916) 498-5700 Fax: (916) 498-5710*

Daniel J. Broderick
Federal Defender

Linda Harter
Chief Assistant Defender

November 16, 2006

**FILED**

NOV 2 7 2006

CLERK U S DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY_____
DEPUTY CLERK

Ms. Krista Hart
Attorney at Law
428 J Street, #350
Sacramento, CA 98514

    Re:  **Davis v. Silva**
          Civ.S-04-236-GEB/KJM

Dear Ms. Hart:

    This will confirm your appointment as counsel by the Honorable Kimberly J. Mueller, U.S. Magistrate Judge, to represent the above-named appellant. You are attorney of record until such time as you are relieved or other action is taken to appoint a different attorney.

    Enclosed is CJA 20 form, your Order of Appointment and Voucher for services rendered. Also enclosed is an instruction sheet discussing the use of the forms, together with sample forms for reporting court time. This will also provide a uniformity in the way attorneys report their time and services rendered.

    If we may be of any further assistance regarding the processing of the enclosed form, preparation of form CJA 21 for expert services, or in reference to any other matter pertaining to this case, please feel free to call upon us at any time.

                                  Very truly yours,

                                  CYNTHIA L. COMPTON
                                  CJA Panel Administrator

:clc
Enclosures

cc:    Clerk's Office
         Ninth Circuit Court of Appeals

CJA 20 APPOINTMENT OF AND AUTHORITY TO PAY COURT APPOINTED COUNSEL

| 1. CIR./DIST./DIV. CODE | 2. PERSON REPRESENTED | | | VOUCHER NUMBER | |
|---|---|---|---|---|---|
| 09C | Davis, Michael | | | | |
| 3. MAG. DKT./DEF. NUMBER | 4. DIST. DKT./DEF. NUMBER | 5. APPEALS DKT./DEF. NUMBER | | 6. OTHER DKT. NUMBER | |
| | Civ.S-04-236-GEB/KJM | | | | |
| 7. IN CASE/MATTER OF (Case Name) | 8. PAYMENT CATEGORY | 9. TYPE PERSON REPRESENTED | | 10. REPRESENTATION TYPE | |
| Davis v. Silva | Appeal | Appellant | | CA | |

11. OFFENSE(S) CHARGED: Habeas Appeal

12. ATTORNEY'S NAME AND MAILING ADDRESS

Krista Hart, Esq.
428 J Street, #350
Sacramento, CA 95814

Telephone Number: (916) 730-5606

13. COURT ORDER

Nunc Pro Tunc Date: 11/2/06

| CATEGORIES | HOURS CLAIMED | TOTAL AMOUNT CLAIMED | MATH/TECH ADJUSTED HOURS | MATH/TECH ADJUSTED AMOUNT | ADDITIONAL REVIEW |
|---|---|---|---|---|---|
| 15. a. Arraignment and/or Plea | | | | | |
| b. Bail and Detention Hearings | | | | | |
| c. Motion Hearings | | | | | |
| d. Trial | | | | | |
| e. Sentencing Hearings | | | | | |
| f. Revocation Hearings | | | | | |
| g. Appeals Court | | | | | |
| h. Other (Specify on additional sheets) | | | | | |
| (Rate per hour = $ 92 ) TOTALS: | | | | | |
| 16. a. Interviews and Conferences | | | | | |
| b. Obtaining and reviewing records | | | | | |
| c. Legal research and brief writing | | | | | |
| d. Travel time | | | | | |
| e. Investigative and Other work | | | | | |
| (Rate per hour = $ 92 ) TOTALS: | | | | | |
| 17. Travel Expenses (lodging, parking, meals, mileage, etc.) | | | | | |
| 18. Other Expenses (other than expert, transcripts, etc.) | | | | | |

19. CERTIFICATION OF ATTORNEY/PAYEE FOR THE PERIOD OF SERVICE FROM ___ TO ___

20. APPOINTMENT TERMINATION DATE IF OTHER THAN CASE COMPLETION

21. CASE DISPOSITION

22. CLAIM STATUS

Signature of Attorney: ___  Date: ___

| 23. IN COURT COMP. | 24. OUT OF COURT COMP. | 25. TRAVEL EXPENSES | 26. OTHER EXPENSES | 27. TOTAL AMT. APPR./CERT. |
|---|---|---|---|---|

28. SIGNATURE OF THE PRESIDING JUDICIAL OFFICER   DATE   28a. JUDGE/MAG. JUDGE CODE

| 29. IN COURT COMP. | 30. OUT OF COURT COMP. | 31. TRAVEL EXPENSES | 32. OTHER EXPENSES | 33. TOTAL AMT. APPROVED |
|---|---|---|---|---|

34. SIGNATURE OF CHIEF JUDGE, COURT OF APPEALS (OR DELEGATE)   DATE   34a. JUDGE CODE

Case 2:04-cv-00236-GEB-CHS   Document 36   Filed 11/27/06   Page 3 of 4



UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

**FILED**

OCT 23 2006

CATHY A. CATTERSON
CLERK, U.S. COURT OF APPEALS

| MICHAEL DAVIS, Petitioner - Appellant, v. J. SILVA, Respondent - Appellee. | No. 05-16821<br><br>D.C. No. CV-04-00236-GEB/KJM<br>Eastern California,<br>(Sacramento)<br><br>ORDER |
|---|---|

Before:   T.G. NELSON, W. FLETCHER, and RAWLINSON, Circuit Judges.

This appeal shall be removed from the screening calendar and reassigned to a new panel for consideration of the merits of the appeal.

Based on our review of the record, we have determined that the appointment of counsel in this habeas corpus appeal would benefit the court's review. *See* 18 U.S.C. § 3006A(a)(2)(B). By this order we express no opinion as to the merits of this appeal. Counsel will be appointed by separate order.

The Clerk shall serve a copy of this order on Daniel Broderick, Federal Public Defender, 801 I Street, 3rd Floor, Sacramento, California 95814, who will locate appointed counsel. The district court shall provide the Clerk of this court with the name and address of appointed counsel by facsimile transmission (FAX: (415) 556-6228) within 14 days of locating counsel.

New counsel shall prepare supplemental briefing that will be submitted, along with briefs already filed in this case, to the merits panel. The supplemental opening brief and excerpts of record are due January 3, 2007; the supplemental answering brief is due February 5, 2007; and the optional supplemental reply brief is due within 14 days after service of the answering brief.

MEMORANDUM TO CLERK
Pursuant to General Order
No. 6.9, I certify that
Judges TGN; WAF; JBR
concur in this order and
authorize its filing.

Deputy Clerk

2