IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

MICHAEL DAVIS,

    Petitioner,                  No. CIV S-04-236 GEB KJM P

    vs.

J. SILVA, Warden,

    Respondents.              <u>ORDER</u>

_____/

    Respondent is directed to file an answer to the petition for a writ of habeas corpus within sixty days of the date of this order.

    IT IS SO ORDERED.

DATED: August 4, 2009.

_____
U.S. MAGISTRATE JUDGE

1